No. 625, Misc.  LUGO-BAEZ v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  *John L. Boeger* for petitioner.  *Solicitor General Griswold* for the United States.

No. 1154, Misc.  McCAULLEY v. CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 1161, Misc.  TOWLES v. REINCKE, WARDEN. C. A. 2d Cir.  Certiorari denied.

No. 1163, Misc.  DANIEL v. ZELKER, ACTING WARDEN. Ct. App. N. Y.  Certiorari denied.

No. 1185, Misc.  NEWHOUSE v. MISTERLY, SHERIFF. C. A. 9th Cir.  Certiorari denied.  *S. Carter McMorris* for petitioner.

No. 1212, Misc.  JONES v. HARE, SECRETARY OF STATE OF MICHIGAN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 1219, Misc.  GORE v. ALABAMA.  Ct. App. Ala. Certiorari denied.  *Fred Blanton, Jr.*, for petitioner.

No. 1286, Misc.  COLLINS v. L. M. WHITE CONTRACTING CO. ET AL.  Sup. Ct. Ariz.  Certiorari denied. *Edward W. Scruggs* for respondent State Compensation Fund.

No. 1302, Misc.  CLAUSELL v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Solicitor General Griswold* for the United States.

No. 1305, Misc.  BARNES v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.  *John T. Corrigan* for respondent.